IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **USAA LIFE INSURANCE COMPANY**, *Plaintiff*, <br><br>v. <br><br>**COURTNEY MCCABE and DEBORAH TIEDEMANN**, *Defendants*, <br><br>and <br><br>**DEBORAH TIEDEMANN**, *Cross-Claimant*, <br><br>v. <br><br>**COURTNEY MCCABE**, *Cross-Defendant*. | CAUSE NO. 3:23-CV-393-CWR-LGI |

## ORDER

Before the Court is co-Defendant Courtney McCabe's *Motion to Dismiss* co-Defendant Deborah Tiedemann's Crossclaim for lack of subject matter jurisdiction. Docket No. 20. McCabe argues that if Tiedemann is domiciled in a foreign country, this "Court lacks subject matter jurisdiction over both USAA Insurance's Complaint and Ms. Tiedemann's Crossclaim." *Id.* at 1.

In an Order issued yesterday, the Court found that Tiedemann is domiciled in the State of Florida, thus compete diversity exists between the parties. *See* Docket No. 30 at 6-7.

That finding means this Court may exercise jurisdiction over both USAA Insurance's Complaint and Tiedemann's Crossclaim.

For the reasons stated in yesterday's Order, McCabe's *Motion to Dismiss* the Crossclaim for lack of subject matter jurisdiction is **DENIED.** The parties should contact the Magistrate Judge within seven days of the issuance of this Order to schedule a Case Management Conference.

**SO ORDERED**, this the 22nd day of March, 2024.

s/ Carlton W. Reeves  
UNITED STATES DISTRICT JUDGE
