IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

USAA LIFE INSURANCE COMPANY,

          *Plaintiff,*

*v.*                                               Cause No. 3:23-CV-393-CWR-LGI

COURTNEY McCABE and
DEBORAH TIEDEMANN,

          *Defendants.*

## ORDER

The parties are currently engaged in settlement negotiations regarding the McCabe children's entitlement to proceeds from their father's USAA life insurance policy. The children's mother, Courtney McCabe, also asserts a claim to proceeds from the same policy. The McCabe children and Mrs. McCabe are represented by the same counsel.

Federal Rule of Civil Procedure 17(c) empowers the Court to appoint a Guardian *Ad Litem* where a minor's legal representative is unable to act, refuses to act, or has interests that conflict with those of the minor. *See Susan R.M. by Charles L.M. v. Ne. Indep. Sch. Dist.*, 818 F. 2d 455, 458 (5th Cir. 1987). Given the above situation, it is appropriate to appoint a Guardian *Ad Litem* "to protect" and advocate for the best interests of the minor McCabe children in these settlement discussions. Fed. R. Civ. P. 17(c)(2); *see also* Miss. Code Ann. § 43-21-121.

Accordingly, the Court appoints Charlene Priester, an attorney in good standing with the Mississippi Bar, to serve as the Guardian *Ad Litem* in this case. She has "authority to review all relevant documents concerning the minor child[ren] and to interview all parties

and witnesses involved in proceedings concerning the minor child[ren]." MISS. CODE ANN.

§ 43-21-121(5). Her "reasonable fee" will be paid at the conclusion of her work upon timely

submission of an appropriate petition. *Id.* § 43-21-121(6).

      **SO ORDERED**, this the 11th day of April, 2025.

<div style="margin-left:50%">

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE

</div>